**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CHEC COLCLOUGH, et al.                                                                    PLAINTIFFS

VS.                         CIVIL ACTION NO. 4:12CV00515 KGB/JTR

LITTLE ROCK RESTAURANT                                                              DEFENDANTS
PROPERTIES, LLC, et al.

### ORDER

The parties have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray held on 05/01/2013.  The settlement agreement which the Court dictated into the record is filed **UNDER A CONFIDENTIALITY AGREEMENT** therefore its content shall not be disclosed without a court order.

IT IS SO ORDERED, this 1st day of May, 2013.

_____
UNITED STATES MAGISTRATE JUDGE