**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CHEC COLCLOUGH, et al. PLAINTIFFS

VS. CIVIL ACTION NO. 4:12CV00515 KGB/JTR

LITTLE ROCK RESTAURANT PROPERTIES, LLC, et al. DEFENDANTS

**ORDER**

The parties have reached a settlement following a conference before United States Magistrate Judge J. Thomas Ray held on 05/01/2013. The settlement agreement which the Court dictated into the record is filed **UNDER A CONFIDENTIALITY AGREEMENT** therefore its content shall not be disclosed without a court order.

IT IS SO ORDERED, this 1st day of May, 2013.

J. Thomas Ray
UNITED STATES MAGISTRATE JUDGE