IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CHEC COLCLOUGH and JEMIAH COLCLOUGH                          PLAINTIFFS

v.                                    No. 4:12CV515 KGB

LITTLE ROCK RESTAURANT PROPERTIES, LLC, d/b/a
JUANITA'S CANTINA, JUANITA'S RESTAURANT, INC
JOE CATES, JAMES O'BRIEN, and JAMES SNYDER                   DEFENDANTS

### ORDER

Given the parties' settlement on May 1, 2013, the Court suspends its Final Scheduling Order and denies plaintiffs' pending motion for partial summary judgment as moot (Dkt. No. 10). The Court will enter judgment dismissing all claims with prejudice on September 28, 2013, unless one of the parties seeks some other action before that date.

SO ORDERED this 28th day of August, 2013.

*Kristine G. Baker* (signature)

_____
Kristine G. Baker
United States District Judge