IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CHEC COLCLOUGH and JEMIAH COLCLOUGH**                                **PLAINTIFFS**

**v.**                       **No. 4:12CV515 KGB**

**LITTLE ROCK RESTAURANT PROPERTIES, LLC, d/b/a**
**JUANITA'S CANTINA, JUANITA'S RESTAURANT, INC**
**JOE CATES, JAMES O'BRIEN, and JAMES SNYDER**                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on the 28th of August, 2013, it is considered, ordered, and adjudged that this Fair Labor Standards Act case is dismissed, with prejudice.

DATED this 3rd day of October, 2013.

_____
Kristine G. Baker
United States District Judge